UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE MANJARREZ REYES (A-076-663-503),[1]<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-3416 DJC CSK<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, filed a motion for temporary restraining order, request for appointment of counsel, and declaration in support of her petition and motion.  (ECF Nos. 1 - 4.)  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On May 6, 2026, the district court issued an order to show cause on petitioner's motion for temporary restraining order.  (ECF No. 6.)  On May 10, 2026, respondents filed a response to the order to show cause, an opposition to the motion for injunctive relief, and a motion to dismiss the habeas petition.  (ECF No. 8.)  On May 13, 2026, the district court denied the motion for

---

[1]  Petitioner is also known as Eunicia or Eunice Penaloza.  (ECF No. 8-1 at 2.)

temporary restraining order, and referred the matter to the Magistrate Judge for further proceedings. (ECF No. 8.) Petitioner is directed to file an opposition to the motion to dismiss within ten days from the date of this order. See 28 U.S.C. § 2243. Respondents' reply, if any, shall be filed seven days thereafter.

This Court will defer ruling on petitioner's request for appointment of counsel until after briefing on the motion to dismiss is completed.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file an opposition to respondents' motion to dismiss (ECF No. 8) within 10 days from the date of this order. Respondents' reply, if any, is due within 7 days after being served with the opposition.

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: May 15, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/manj3416.100.2241.imm

2